IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CURTIS EDWARD NELSON, #175965, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-75-T |
| | ) | |
| JAMES STEPHENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On January 27, 2005, Curtis Edward Nelson, a state inmate, filed a 42 U.S.C. § 1983 action in which he listed eighteen individuals as defendants. However, the plaintiff failed to assert any claims against eleven of these defendants. The court subsequently entered an order requiring that the plaintiff file an amendment to his complaint concerning those persons listed as defendants against whom no claims were made. *See Order of February 28, 2005* (Court Doc. No. 7). The information sought by the court was essential to allowing this case to proceed against each of the named defendants. Thus, the plaintiff was advised that this case would proceed only against those defendants against whom proper claims are presented and specifically cautioned that if he failed to comply with the aforementioned order any defendant not adequately charged in the complaint or amendment thereto would be dismissed from this cause of action. *Id*. at 2. The time allotted the plaintiff for filing an amendment to his complaint expired on March 16, 2005. As of the present date, the plaintiff has filed nothing in response to the order of February 28, 2005. The court therefore concludes that the

majority of individuals named as defendants should be dismissed from this cause of action as the complaint contains no claims against them.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1. Johny Bailey, Melvin McCurry, Sgt. Strickland, Sgt. Laguan, officer Beechman, officer Horbert, officer Rudolph, officer Furrnham, Capt. Sylvester Nettles, Charles Blackledge and Mike Haynes be dismissed from this cause of action.

2. This case be referred back to the undersigned for additional proceedings with respect to the plaintiff's claims against defendants Boyd, Stephens, Tallie, Foster, Rutgers, Fitzpatrick and Sodique.

It is further

ORDERED that on or before April 11, 2005 the parties shall file objections to the said Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v.*

*Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc*., 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 28th day of March, 2005.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE