IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS EDWARD NELSON, # 175965, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05cv75-T |
| ) | WO |
| JAMES STEPHENS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On March 28, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby adopted, it is

ORDERED and ADJUDGED as follows:

1. Johny Bailey, Melvin McCurry, Sgt. Strickland, Sgt. Laguan, Officer Beechman, Officer Horbert, Officer Rudolph, Officer Furrnham, Capt. Sylvester Nettles, Charles Blackledge, and Mike Haynes be and are hereby dismissed as parties in this cause of action.

2. This case, with respect to the plaintiff's claims against defendants Boyd, Stephens, Tallie, Foster, Rutgers, Fitzpatrick and Sodique, be and is hereby REFERRED BACK to the Magistrate Judge for further proceedings.

DONE, this the 25th day of April, 2005.

                                                                    /s/ Myron H. Thompson  
                                        UNITED STATES DISTRICT JUDGE