IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS EDWARD NELSON, #175965, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES STEPHENS, *et al*, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:05cv75-T<br>WO |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1)   The recommendation of the United States Magistrate Judge entered on July 8, 2005 (Doc. # 28) be and is hereby ADOPTED.

(2)   This case be and is hereby DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 12th day of August, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE